UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT C. PHILLIPS, | Case No. 3:16-cv-00226-LRH-(WGC) |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security Administration, | |
| Defendant. | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 20) entered on July 24, 2017, recommending denying Plaintiff's Motion for Summary Judgment (ECF No. 17) entered on November 3, 2016, and granting Defendant's Cross-Motion to Affirm and Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Motion for Reversal and/or Remand (ECF No. 18) filed on December 5, 2016.

On August 7, 2017, Plaintiff filed his Objections to Magistrate Judge's Report & Recommendation (ECF No. 21). Defendant did not file a response.

The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 36(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

///

The Court has conducted its *de novo* review in this case, has fully considered Plaintiff's objections, the pleadings and memoranda of the parties, and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on July 24, 2017, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 20) entered on July 24, 2017, is adopted and accepted, and Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion to Affirm and Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Motion for Reversal and/or Remand (ECF No. 18) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 25th day of August, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE